# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Kathryn M. Bertlin**,

      Plaintiff,

  v.

**Seterus, Inc.**,

      Defendant.

No. 1:17-cv-00811-CL

**OPINION AND ORDER**

**MCSHANE, Judge**:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R&R"), ECF No. 15, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although the parties filed no objections, I have reviewed the legal principles de novo. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the report is correct. Magistrate Judge Clarke's R&R is adopted in full. Defendant's Motion to Dismiss is therefore GRANTED. Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 29th day of March, 2018.

                /s/ Michael McShane_____
                Michael J. McShane
                United States District Judge